TDCJ Offender Details

*44,464-05*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05571481 |
| **TDCJ Number:** | 00760766 |
| **Name:** | TURNER,JOYCE E |
| **Race:** | B |
| **Gender:** | F |
| **DOB:** | 1967-03-22 |
| **Maximum Sentence Date:** | 2056-03-27 |
| **Current Facility:** | MOUNTAIN VIEW |
| **Projected Release Date:** | 2056-03-27 |
| **Parole Eligibility Date:** | 2026-03-27 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day
on visitation days. **Because this information is subject to change, family members and
friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1996-02-29 | MURDER | 1996-08-28 | DALLAS | F-9644699-NH | 60-00-00 |